JOEL A. ACKERMAN
JA 4027

XWA-120643-1/eh
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER  13 |
| Amer A Qureshi | : |  |
| Debtor | : | CASE NO.  14-35109-GMB |
|  | : |  |
|  | : | **NOTICE OF APPEARANCE** |
|  | : |  |

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE
       DISTRICT OF NEW JERSEY;

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of Wells Fargo Bank, N.A. as Servicer for Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporation organized and existing under the laws of the United States of America, the Secured Creditor.

ZUCKER, GOLDBERG & ACKERMAN, LLC
ATTORNEYS FOR SECURED CREDITOR
 /s/  **JOEL A. ACKERMAN**
JOEL A. ACKERMAN
MEMBER OF THE FIRM

DATED:  December 16, 2014

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose.*

| | | |
|---|---|---|
| LEONARD B. ZUCKER<br>MICHAEL S. ACKERMAN<br>JOEL ACKERMAN*<br><br>FRANCES GAMBARDELLA<br>BRIAN C. NICHOLAS ♦<br>SCOTT A. DIETTERICK ¥<br>KIMBERLY A. BONNER ¥<br>STEVEN D. KROL<br>CHRISTOPHER G. FORD<br>DENISE CARLON ΔΔ<br>CHRISTINE E. POTTER ⌂<br>STEPHANIE WOLCHOK<br>ASHLEIGH LEVY MARIN £<br>DOUGLAS J. McDONOUGH<br>TIMOTHY J. ZIEGLER<br>RALPH M. SALVIA ¥<br>ROBERT D. BAILEY<br>JAIME R. ACKERMAN ♦<br>KACIE W. BROWN<br>MONIKA S. PUNDALIK<br>TODD MARKS Δ<br>JANA FRIDFINNSDOTTIR ¥<br>DENNIS P. UHLMANN, JR. Δ<br>BRIAN M. GILBERT<br>JAMAR BENJAMIN<br>ROGER FAY £ | **ZUCKER, GOLDBERG & ACKERMAN, LLC**<br>ATTORNEYS AT LAW<br><br>200 SHEFFIELD STREET- SUITE 101<br>P.O. BOX 1024<br>MOUNTAINSIDE, NJ 07092-0024<br><br>TELEPHONE: 908-233-8500<br>FACSIMILE: 908-233-1390<br>E-MAIL: office@zuckergoldberg.com<br><br>*For payoff/reinstatement figures*<br>*Please send your request to: zuckergoldberg.com/pr*<br><br>**REPLY TO NEW JERSEY ADDRESS** | FOUNDED IN 1923<br>AS ZUCKER & GOLDBERG<br><br>MAURICE J. ZUCKER (1918-1979)<br>LOUIS D. GOLDBERG (1923-1967)<br>LEONARD H. GOLDBERG (1929-1979)<br>BENJAMIN WEISS (1949-1981)<br><br>Pennsylvania Office:<br>The Union Hotel Office Building<br>240 Gettysburg Pike<br>Mechanicsburg, PA 17055<br><br>*  ALSO MEMBER OF NY, PA AND CA BAR<br>♦  ALSO MEMBER OF NY, PA AND ME BAR<br>ΔΔ  ALSO MEMBER OF NY AND PA BAR<br>Δ  ALSO MEMBER OF NY BAR<br>£  ALSO MEMBER OF PA BAR<br>¥  MEMBER OF PA BAR ONLY<br>⌂  ALSO MEMBER OF FL BAR |

NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT, (the act),
15 U.S.C. SECTION 1601 AS AMENDED

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
<u>WILL BE USED FOR THAT PURPOSE.</u>**

1. The amount due on the debt, as of May 4, 2012, is the sum of $319,748.02 (Principal Balance). This sum does not include any foreclosure and bankruptcy fees and costs which have been, or may be, incurred in the future or any payments received or advances made after that date.

2. The debt described in the bankruptcy pleadings filed by the Secured Creditor herein and evidenced by the copy of the mortgage note, will be assumed to be valid by the creditor's law firm, unless debtors, within thirty (30) days after receipt of this Notice, disputes, in writing, the validity of the debt or some portion thereof.

3. If the debtor notifies the creditor's law firm in writing within thirty (30) days of the receipt of this Notice, that the debt or any portion thereof, is disputed, the creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to the debtor by the creditor's law firm.

4. If the creditor who is named as the Secured Creditor in the bankruptcy pleadings, is not the original creditor, and if the debtor makes written request to the creditor's law firm within thirty (30) days from the receipt of this Notice, the name and address of the original creditor will be mailed to the debtor by the creditor's law firm.

5. Written request should be addressed to **ZUCKER, GOLDBERG & ACKERMAN, LLC**, 200 Sheffield Street, Suite 101, Mountainside, NJ  07092-0024.  Please refer to our file number, which is **XWA-120643-1.**