## United States Bankruptcy Court
### District of New Jersey

In re    __Amer Afzal Qureshi__                            Case No. _____

                                   Debtor(s)               Chapter    __13__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __December 27, 2014__           __/s/ Amer Afzal Qureshi__
                                                        Amer Afzal Qureshi
                                                        Signature of Debtor

```
Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Chase Bank
P.O. Box 15298
Wilmington, DE 19850


Discover Bank
c/o Gloucester City Special
1 N. Broad Street
Woodbury, NJ 08096


Federal Home Loan Mortgage Corporation
101 North Philips Avenue
Sioux Falls, SD 57104


Joel A. Ackerman, Esquire
Zucker, Goldberg & Acerman, LLC
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ 07092-0024


Kohls/Capital One
P.O. Box 3115
Milwaukee, WI 53201


Portfolio Recovery Assoc LLC
c/o Gloucester City Special
1 N Broad Street
Woodbury, NJ 08096


Syncb/Sams Club
P.O. Box 965005
Orlando, FL 32896


Wells Fargo Home Mortgage
as Servicer for Freddie Mac
P.O. Box 10335
Des Moines, IA 50306
```