Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−35109−GMB
Chapter: 13
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amer A Qureshi
   3 Fox Hollow Lane
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4534

Employer's Tax I.D. No.:

### NOTICE OF DEFICIENCY AND NOTICE OF HEARING THEREON

Please take notice that a hearing for:

   DISMISSAL FOR FAILURE TO PAY BALANCE OF FILING FEE

will be held on:    February 17, 2015    10:00 AM

at: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

To consider and act upon the unpaid balance of the
filing fee in the amount of:

$100.00

If the balance of the filing fee is not paid immediately, the case [ 14−35109−GMB ] will be dismissed. The Clerk's Office will only accept money orders, certified checks and corporate checks in payment of fees. No personal checks or cash.


Dated: January 13, 2015
JJW: kaj

                                                              James J. Waldron
                                                              Clerk